MAGISTRATE'S CRIMINAL MINUTES  
REMOVALS (RULE 40)

FILED IN OPEN COURT  
DATE: 10/8/09 @ 3:22  
TAPE: FTR @  
TIME IN COURT: 6 mins

MAGISTRATE **E. CLAYTON SCOFIELD III**, PRESIDING  
**ANGELA SMITH** DEPUTY CLERK  
CASE NUMBER 1:09-mj-1271  
AUSA Mary Roemer  
USPO _____

DEFENDANT'S NAME Jennifer Kristin Pendleton-Stewart  
DEFENDANT'S ATTY Judy Fleming  
Type Counsel (circle)  Retained  CJA  **(FDP)**

- ✓ Initial appearance hearing held.
- ✓ Defendant informed of rights.
- ✓ ORDER appointing Federal Defender Program attorney for defendant.
- ___ ORDER appointing _____ attorney for defendant.
- ___ ORDER defendant shall pay attorney's fees as follows: _____
- ✓ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.
- ___ Defendant WAIVES preliminary hearing (___ In this district only). WAIVER FILED.
- ___ Removal hearing set/reset/cont to _____ @ _____
- ___ Removal hearing HELD.
- ___ Order finding Probable Cause. Defendant held to District Court for removal to other district.
- ___ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
- ___ Order defendant removed to other district. Commitment issued _____
- ___ Miscellaneous: _____

**BOND/PRETRIAL DETENTION HEARING**

- ✓ Government Motion for DETENTION filed.
- ___ Bond/Pretrial DETENTION hearing held.
- ✓ Pretrial detention hearing set for 10/9/09 @ 10:30. (___ In charging district)
- ___ (___VERBAL) Motion to reduce bond GRANTED.
- ___ (___VERBAL) Motion to reduce bond DENIED.
- ~~Pretrial DETENTION ORDERED. (Written order to follow _____).~~
- ___ BOND SET at $_____
  - ___ NON-SURETY
  - ___ SURETY/CASH: ___ Property Acceptable: ___ Corporate Surety Only
  - ___ Combination: _____
- ___ SPECIAL CONDITIONS: _____

- ___ BOND FILED. Defendant RELEASED.
- ___ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

- ___ SEE BACK