**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 0 8 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 1:09-MJ-1271 |
| JENNIFER KRISTIN PENDLETON-STEWART, | |

### GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, SALLY QUILLIAN YATES, Acting United States Attorney, and MARY C. ROEMER, Assistant United States Attorney for the Northern District of Georgia, and pursuant to 18 U.S.C. §§ 3142(e) and (f) moves for detention for the above-captioned defendant.

1. Eligibility of Case.

   This case is eligible for a detention order because this case involves a serious risk the defendant will flee.

2. Reason for Detention.

   The Court should detain defendant because there are no conditions of release that will reasonably assure (check one or both):

   __X__   Defendant's appearance as required

   __X__   Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>

The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because there is probable cause to believe defendant committed 10 + year drug offense.

4. <u>Time for Detention Hearing.</u>

The United States requests the Court conduct the detention hearing:

__X__    After continuance of __3__ days (not more than 3).

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Dated: this 8th day of October, 2009.

                                                          Respectfully submitted,

                                                          SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY

MARY C. ROEMER
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 611790

600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404)581-6265

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery:

Defense Counsel

This 8th day of October, 2009.

MARY C. ROEMER
ASSISTANT UNITED STATES ATTORNEY