# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**　　　　　　　　　　　　　　　　　　　　　　　　　**DOCKETING SECTION**
**CLERK OF COURT**　　　　　　　　　　　　　　　　　　　　　　　　　　　404-215-1655

October 9, 2009

Clerk, United States District Court
Eastern District of Virginia
Walter E. Hoffman
 United States Courthouse
600 Granby Street, Room 193
Norfolk, VA 23510-1915

　　　　**Re:**　*USA v. Jennifer Kristin Pendleton-Stewart*
　　　　　　　**NDGA Case No.: 1:09-MJ-1271**
　　　　　　　**Your Case No.: 1:09CR382**

Dear Clerk:

　　　　Rule 5(c)(3) proceedings were held in this district on October 8, 2009 as to Jennifer Kristin Pendleton-Stewart. Enclosed are our documents of said proceedings, and a certified copy of our docket sheet.

　　　　Please acknowledge receipt on the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　James N. Hatten
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　By:　　s/B. Evans
　　　　　　　　　　　　　　　　　　　　Deputy Clerk